# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE R.J. ARMSTRONG LIVING TRUST, et al., | 3:22-cv-00375-ART-CSD |
| Plaintiffs, | |
| v. | **ORDER** |
| SUSAN HELEN ARMSTRONG HOLMES, | Re: ECF No. 5 |
| Defendant. | |

Before the court is Plaintiffs' Motion to Order Defendant to Disclose her "Ghost Lawyer" and Stay Proceedings Until Such Disclosure (ECF No. 5). There does not seem be a proof of service indicating that the motion was served on the Defendant.

Plaintiffs shall file a Certificate of Service **within five (5) days** of the date of this order reflecting that service of the Motion to Order Defendant to Disclose her "Ghost Lawyer" and Stay Proceedings Until Such Disclosure (ECF No. 5) has been effected on the Defendant in the above-captioned matter.

**IT IS SO ORDERED.**

DATED: September 7, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1