**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA - RENO DISTRICT**

| | |
|---|---|
| **THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**SUSAN HELEN ARMSTRONG HOLMES**, an individual,<br><br>Defendant. | **Case Number: 3:22-CV-00375-ART-CSD**<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND PENDING MOTIONS RESPONSE DEADLINES**<br><br>**(First Request for Extension)** |
| **SUSAN HELEN ARMSTRONG HOLMES**, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>**THE R.J. ARMSTRONG LIVING TRUST**, a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Counterdefendants. | |

1    Defendant/Counterclaimant Susan Helen Armstrong Holmes (hereafter "Ms. Holmes,") by and through her undersigned counsel, and plaintiffs/counterdefendants The R.J. Armstrong Living Trust and David C. Armstrong, (hereafter "Armstrong,") by and through their undersigned counsel, respectfully filed the following *"Stipulation To Extend Pending Motions Response Deadlines,"* by fourteen (14) days.  The above-captioned action has just commenced and appearances have just been made by defense counsel along with the filing of a *pro hac hac vice* petition.  Good cause exits to extend the motion deadlines fourteen (14) days.

If acceptable to the Court, a response to Armstrong's motion filed at Docket No. 5  will be due on September 20, 2022.  A response toArmstrong's second motion filed at Docket No. 6 will be due on September 28, 2022.

**Dated this 16th day of September, 2022**

**BOYACK LAW GROUP**

/s/ *Bradley S. Slighting, Esq.*

**Bradley S. Slighting, Esq.**
**Representing Defendant/**
**Counterclaimant Susan Helen**
**Armstrong Holmes**

**STEPHENSON LAW, PLLC**

/s/ John N. Stephenson

**John Neil Stephenson**
**Representing Plaintiffs The R.J.**
**Armstrong Living Trust and**
**David C. Armstrong**

**APPROVED & SO ORDERED**

_____
**Hon. Anne R. Traum**
U.S. District Court Judge
for the U.S. District Court
for the District of Nevada

2