1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA - RENO DISTRICT**

| | |
|---|---|
| **THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**SUSAN HELEN ARMSTRONG HOLMES**, an individual,<br><br>Defendant. | **Case Number: 3:22-CV-00375-ART-CSD**<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT**<br><br>**(First Request for Extension)** |
| **SUSAN HELEN ARMSTRONG HOLMES**, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>**THE R.J. ARMSTRONG LIVING TRUST**, a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Counterdefendants. | |

1  Defendant/Counterclaimant Susan Helen Armstrong Holmes (hereafter "Ms. Holmes,")
2  by and through her undersigned counsel, and plaintiffs/counterdefendants The R.J. Armstrong
3  Living Trust and David C. Armstrong, (hereafter "Armstrong,") by and through their
4  undersigned counsel, respectfully filed the subject stipulation that requests a fourteen (14) days
5  extension to file their "*Joint Status Report*" requested in the Court's *Minute Entry* dated August
6  22, 2022, at **Docket 3.**   Counsel for Mr. Armstrong has been out of the country addressing
7  family personal matters and counsel for Ms. Holmes has been resolving prior filing issues as
8  well as preparing responses to pending motions.

The parties believe that good cause exists for the Court to provide them with an extension to file their proposed "*Joint Status Report*."

**Dated this 21ᵗʰ day of September, 2022**

**BOYACK LAW GROUP**

/s/ *Bradley S. Slighting, Esq.*
_____
**Bradley S. Slighting, Esq.
Representing Defendant/
Counterclaimant Susan Helen
Armstrong Holmes**

**STEPHENSON LAW, PLLC**

/s/ *John N. Stephenson, Esq.*
_____
**John Neil Stephenson
Representing Plaintiffs The R.J.
Armstrong Living Trust and
David C. Armstrong**

**ORDER**

Good cause showing, the deadline to file the joint status report is extended to Wednesday, October 5, 2022. The joint status report shall set forth the status of this action, including a statement of action required to be taken by this court.

DATED: September 22, 2022

_____
Anne R. Traum
United States District Judge