1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA - RENO DISTRICT

| | |
|---|---|
| **THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**SUSAN HELEN ARMSTRONG HOLMES**,  an individual,<br><br>Defendant. | **Case Number: 3:22-CV-00375-ART-CSD**<br><br>**ORDER APPROVING** STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO STRIKE/DISMISS<br><br>**(Second Request for Extension)** |
| **SUSAN HELEN ARMSTRONG HOLMES**,  an individual,<br><br>Counterclaimant,<br><br>v.<br><br>**THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Counterdefendants. | |

Defendant/Counterclaimant Susan Helen Armstrong Holmes (hereafter "Ms.  Holmes,")

by and through her undersigned counsel, and plaintiffs/counterdefendants The R.J. Armstrong

Living Trust and David C. Armstrong, (hereafter "Mr. Armstrong,") by and through their undersigned counsel, respectfully filed the following *"Stipulation To Extend Deadline To Respond to Motion to Strike/Dismiss,"* ("Motion,") by an addition ten (10) days.   In the Motion, Mr. Armstrong's counsel believes that the Ms. Holmes' Answer and Counterclaim is defective and should be at minimum, amended.   Upon review of the pending Motion, Ms. Holmes' new counsel concurs and now believes that a motion to amend her initial *"Answer and Counterclaim"* should be filed at the same time as a response to the Motion.   Counsel for Ms. Holmes needs additional time to complete both tasks.

For this reason, good cause exits to extend the deadline to respond to the Motion by ten (10) days.  If acceptable to the Court, the response to Mr. Armstrong's motion filed at Docket No. 6  will be due on October 10, 2022.

**Dated this 28th day of September, 2022**

**BOYACK LAW GROUP**

**/s/ Bradley S. Slighting, Esq.**

**Bradley S. Slighting, Esq.**
**Representing Defendant/**
**Counterclaimant Susan Helen**
**Armstrong Holmes**

**STEPHENSON LAW, PLLC**

**/s/ John Neil Stephenson**

**John Neil Stephenson**
**Representing Plaintiffs The R.J.**
**Armstrong Living Trust and**
**David C. Armstrong**

IT IS SO ORDERED.

**Hon. Anne R. Traum**
U.S. District Court Judge
for the U.S. District Court
for the District of Nevada

DATED: October 3, 2022

2