1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO (BRANCH)**

| | |
|---|---|
| **THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG, an individual.** <br><br>Plaintiffs, <br>vs. <br><br>**SUSAN HELEN ARMSTRONG HOLMES,** an individual. <br><br>Defendant. | Case No.: 3:22-cv-00375-ART-CSD <br><br>**ORDER GRANTING** <br><br>**STIPULATED STAY AND EXTENSION OF DEADLINES** |
| **SUSAN HELEN ARMSTRONG HOLMES,** an individual, <br><br>Counterclaimant, <br><br>**THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG, an individual.** <br><br>Counterdefendants | |

1

The parties, through their undersigned counsel, hereby stipulate and agree:

1. Defendant/Counter-plaintiff Susan Helen Armstrong has three pending motions: (1) for leave to file a second amended answer, counterclaim, and add an additional party [#71]; (2) to correct her motion for leave to file a second amended answer, counterclaim, and add an additional party [#72]; and (3) motion for issuance of an injunction against Plaintiff David C. Armstrong [#73].  Responses to these motions are due later on this week and next.

2. Plaintiffs/Counterdefendants the R.J. Armstrong Living Trust and David C. Armstrong (collectively, "The Trust") has a pending motion for spoliation sanctions [#74]. A response is due next week.

3. On September 20, 2023, Ms. Holmes filed a Motion to Extend Deadlines Due to Counsel's Forthcoming Disability [#75] ("Motion").  The basis for this Motion is to accommodate time for her lead counsel, Mark Pyper, to undergo emergency heart surgery on or about September 21, 2023 and to recuperate thereafter.  Motion, p. 3 lines 16 to 17.

4. The Trust has reviewed the Motion and does not oppose it.

5. To accommodate time for Mr. Pyper to undergo surgery and recuperate, the parties request that this case be stayed for the next ten (10) weeks till Wednesday, November 29, 2023.  During this stay, the parties agree not to take any action in this matter. This includes refraining from filing any further motions, responses thereto, serving discovery requests, issuing subpoenas, taking depositions, and the likes.

6. The parties agree to extend the upcoming deadlines in the Scheduling Order [#49] by ten (10) weeks.  As such, initial expert disclosures would be due on Wednesday, November 29, 2023 and all of the other deadlines would be correspondingly moved forward.

///
///
///
///
///
///

7. In entering into this stipulation, the Trust does not waive, and expressly reserves it right, to object to Ms. Holmes' motion for leave to file a second amended answer, counterclaim, and add an additional party as untimely filed.

DATED: September 20, 2023

*/s/ John Neil Stephenson*
Stephenson Law, PLLC
By: John Neil Stephenson, Esq.
*Counsel for Plaintiffs/Counterdefendants*

*/s/ Mark B. Pyper*
BARTON PYPER, P.L.LC.
Mark B. Pyper, Esq.
*Lead Counsel for Defendant/Counter-plaintiff*

*/s/ Bradley S. Slighting*
BOYACK LAW GROUP
Bradley S. Slighting, Esq.
*Local Counsel for Defendant/Counter-plaintiff*

## ORDER

Based upon this stipulation and Ms. Holmes' Motion to Extend Deadlines due to Counsel's Forthcoming Disability [#75] and good cause appearing therein:

1. This case is stayed for the next ten (10) weeks, up to and including, Wednesday, November 29, 2023. During this stay, the parties will not take any action in this matter. This includes refraining from filing any further motions, responses thereto, serving discovery requests, issuing subpoenas, taking depositions, and the likes.

2. The upcoming deadlines in the Scheduling Order [#49] will be extended by ten (10) weeks such that initial expert disclosures will be due on Wednesday, November 29, 2023. All other deadlines will be correspondingly moved forward.

IT IS SO ORDERED:

Dated September 25, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE