John Neil Stephenson (SBN 12497)
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
Tel: 510-502-2347
Fax: 775-403-1773
Email: johnstephensonlaw@gmail.com
Web: stephensonfirm.com
*Counsel for Plaintiff*

BARTON PYPER, P.L.LC.
4747 E. Elliot Road, Ste. 29-517
Phoenix, AZ 85044
Ph.(602) 615-1841
Email: pyperlaw@aol.com
Mark B. Pyper, Esq. (AZ#11051)
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO (BRANCH)**

| | |
|---|---|
| THE R.J. ARMSTRONG LIVING TRUST, a Nevada testamentary entity, and DAVID C. ARMSTRONG, an individual.<br><br>Plaintiffs,<br>vs.<br><br>SUSAN HELEN ARMSTRONG HOLMES, an individual.<br><br>Defendant. | Case No.: 3:22-cv-00375-ART-CSD<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR PLAINTIFF R.J. ARMSTRONG TRUST TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [#86]** *(first request)* |
| SUSAN HELEN ARMSTRONG HOLMES, an individual,<br><br>Counterclaimant,<br><br>THE R.J. ARMSTRONG LIVING TRUST, a Nevada testamentary entity, and DAVID C. ARMSTRONG, an individual.<br><br>Counterdefendants | |

The parties, through their undersigned counsel, hereby stipulate and agree:

1. On December 13, 2023, Defendant/Counter-plaintiff Susan Helen Armstrong filed a Motion for Partial Summary Judgment on All Counts in the Amended Complaint as to Plaintiff/Counterdefendant R.J. Armstrong Living Trust. [#86]. A response is due on or before January 3, 2024

2. Plaintiff/Counterdefendant R.J. Armstrong Living Trust requires additional time to respond as its counsel is out of town during the holiday season during which the time to respond would come due.

3. Defendant graciously agrees to accommodate counsel's travel and family obligations with a two-week extension to respond to her Motion, such that a response would be due on or before January 17, 2024.

4. This is Plaintiff's first request for an extension of time to respond to this Motion; this stipulation is timely; brought in good faith; and not presented for the purposes of unnecessary delay.

DATED: December 27, 2023

| */s/ John Neil Stephenson* | /s/ Mark Pyper |
|---|---|
| Stephenson Law, PLLC | BARTON PYPER, P.L.LC. |
| By: John Neil Stephenson, Esq. | Mark B. Pyper, Esq. |
| *Counsel for Plaintiffs/Counterdefendants* | *Lead Counsel for Defendant/Counter-plaintiff* |

## **ORDER**

Based upon this stipulation and good cause appearing therein:

1. Plaintiff R.J. Amstrong Living Trust may have an additional two-weeks to respond to Defendant's Motion for Partial Summary Judgment [#86] such that its response will be due on or before <u>January 17, 2024</u>.

IT IS SO ORDERED:

Dated December 27, 2023

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA