IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA - RENO DISTRICT

| | |
|---|---|
| **THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**SUSAN HELEN ARMSTRONG HOLMES**, an individual,<br><br>Defendant. | **Case Number: 3:22-CV-00375-ART-CSD**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SUSAN HELEN HOLMES TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF115] AND MOTION TO DISMISS [ECF117] [First Request]** |
| **SUSAN HELEN ARMSTRONG HOLMES**, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>**THE R.J. ARMSTRONG LIVING TRUST**, a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Counterdefendants. | |

The parties, through their undersigned counsel, hereby stipulate and agree:

1. On March 14, 2024, plaintiffs/counterdefendants David C. Armstrong, individually and as trustee of the R.J. Armstrong Living Trust ("Mr. Armstrong,") filed a Motion For Summary Judgment (*ECF No. 115*) as to defendant/counterclaimant Susan Helen Armstrong Holmes' ("Ms.

Holmes,") on Mr. Armstrong's Second Amended Complaint as well as on Ms. Holmes' Second Amended Counterclaim and a response is due on or before April 4, 2024.

2. On March 21, 2024, Mr. Armstrong also filed a Motion To Dismiss as to Ms. Holmes' Second Amended Counterclaim (*ECF No. 117*) and a response is due on or before April 4, 2024.

3. Defendant/Counterclaimant Susan Helen Armstrong Holmes requires additional time to respond to these overlapping two motions.

4. Plaintiffs graciously agrees to a ten (10) business day extension of time to respond ot these motions, such that a response to the Rule 56, FRCP motion will be due on April 18, 2024, and the response to the Rule 12(b)(6) FRCP will be due on or before April 18, 2024, respectively.

5. This is the Defendant's first request for an extension of time to respond to these motions; this stipulation is timely and it is brought in good faith and not for the purpose of unnecessary delay.

DATED: April 4, 2024

/s/ John N. Stephenson  
_____  
By John N. Stephenson  
Counsel for Plaintiffs/Counterdefendants

/s/ Mark B. Pyper  
_____  
By Mark B. Pyper  
Counsel for Defendant/Counterclaimant

**ORDER**

Based upon this stipulation and good cause appearing herein;

1. Defendant Susan Helen Armstrong Holmes may have an additional ten (10) business days to respond to Plaintiffs' Motion for Summary Judgment and to Plaintiffs' Motion to Dismiss, such that the responses will be due on or before April 18, 2024, respectively.

DATED: April 5, 2024.

_____  
Anne R. Traum  
United States District Judge

2