UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE R.J. ARMSTRONG LIVING TRUST, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>SUSAN HELEN ARMSTRONG HOLMES,<br><br>        Defendant. | Case No. 3:22-cv-00375-ART-CSD |
| JUSTIN ARMSTRONG, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>DAVID C. ARMSTRONG, *et al.*,<br><br>        Defendants. | *and related case*<br><br>Case No. 3:24-cv-00469-MMD-CLB<br><br>Reassignment Order |

The presiding district judges have reviewed these two cases, determined that they are related, and that there is good cause to reassign them to one district judge under LR 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

It is therefore ordered that Case No. 3:24-cv-00469-MMD-CLB is reassigned to District Judge Anne R. Traum and Magistrate Judge Craig S. Denney. The Clerk of Court is directed to update Case No. 3:24-cv-00469-MMD-CLB to appear as Case No. 3:24-cv-00469-ART-CSD.

DATED THIS 28th Day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE