**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – RENO (BRANCH)**

| | |
|---|---|
| **THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG,** an individual. <br><br> **Plaintiffs,** <br> vs. <br><br> **SUSAN HELEN ARMSTRONG HOLMES,** an individual. <br><br> **Defendant.** | Case No.: 3:22-cv-00375-ART-CSD <br><br> **ORDER GRANTING** <br><br> **STIPULATION TO EXTEND TIME FOR PARTIES TO RESPOND TO COURT ORDER [#141]** <br> *(first request)* |
| **SUSAN HELEN ARMSTRONG HOLMES,** an individual, <br><br> **Counterclaimant,** <br><br> **THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG,** an individual. <br><br> **Counterdefendants** | |

///
///
///
///
///

1

## STIPULATION

1. On March 31, 2025, the Court entered an Order on cross-motions for summary judgment directing that the parties meet and confer and then brief the Court on how to proceed with the damages phase of this proceeding within 30 days (April 30, 2025).

2. The parties meet and conferred, telephonically, on April 11, 2025 and again on April 16, 2025. This meet and confer discussed damages, offsetting attorneys fees and costs, and calculating pre and post judgment interest.

3. Counsel for Defendant Susan Holmes continues to research the applicability and extent of prejudgment interest.

4. Counsel for Plaintiff David Armstrong will be out of the country from April 21, 2025 to May 4, 2025.

5. To date the parties have not yet reached a consensus on how to proceed for the damages phase and request two more weeks, up to and including May 14, 2025 to submit a status report to the Court with their proposal(s).

DATED: April 17, 2025

| | |
|---|---|
| */s/ John Neil Stephenson* | */s/ Mark B. Pyper* |
| Stephenson Law, PLLC | BARTON PYPER, P.L.LC. |
| By: John Neil Stephenson, Esq. | Mark B. Pyper, Esq. |
| *Counsel for Plaintiffs* | *Lead Counsel for Defendant* |

## ORDER

Based upon this stipulation and good cause appearing therein:

1. The parties may have a two-week extension of time to respond to this Court's Order [#141] to submit a status report advising on how they propose to proceed with the damages phase of this matter such that the report will be due on or before <u>May 14, 2025</u>.

IT IS SO ORDERED:

Dated April 22, 2025

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE