1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA - RENO DISTRICT

| | |
|---|---|
| **THE R.J. ARMSTRONG LIVING TRUST,** a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**SUSAN HELEN ARMSTRONG HOLMES**,  an individual,<br><br>Defendant. | Case Number: **3:22-CV-00375-ART-CSD**<br><br>**ORDER GRANTING**<br><br>**STIPULATED BRIFING SCHEDULE FOR OPPOSING APPLICATIONS FOR ATTORNEY'S FEES AND COSTS AWARD**<br><br>(Hon. Anne R. Traum & Hon. C.S.Denney) |
| **SUSAN HELEN ARMSTRONG HOLMES**, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>**THE R.J. ARMSTRONG LIVING TRUST**, a Nevada testamentary entity, and **DAVID C. ARMSTRONG**, an individual,<br><br>Counterdefendants. | |

Defendant/Counterclaimant Susan  Armstrong Holmes (hereafter "*Ms. Holmes*,") by and through her undersigned counsel, and plaintiffs/counterdefendants David C. Armstrong, individually and as trustee of the R.J. Armstrong Living Trust

(Deceased), (hereafter "*Mr. Armstrong*,") by and through his undersigned counsel, stipulate to the following briefing schedule regarding the parties' opposing applications for the award of attorney's fees:

    **1.  Application For Award of Attorney's Fees due September 30, 2025**

    **2   Response to Application For Award of Attorney's Fee due  Oct. 14, 2025**

    **3.  Reply to Applications for Award of Attorney's Fees due Oct. 21, 2025**

    **Dated this 19th day of September of 2025.**

**STEPHENSON LAW, PLLC**

/s/ John N. Stephenson

_____
**John N. Stephenson**
Attorney for
Plaintiffs/Counterdefendants

**SLIGHTING LAW GROUP**

**/s/ Bradley S. Slighting**

_____
**Bradley S. Slighting**
Attorney for
Defendant/Counterclaimants

## ORDER

    **Good cause showing, the following briefing schedule concerning the parties' opposing applications for attorney's fees and costs is approved as**

    **1.  Application For Award of Attorney's Fees due September 30, 2025**

    **2.  Response to Application For Award of Attorney's Fee due  Oct. 14, 2025**

    **3.  Reply to Applications for Award of Attorney's Fees due Oct. 21, 2025**

DATED: <u>September 23, 2025</u>

**APPROVED & SO ORDERED**.

_____
Hon. Anne R. Traum
U. S.  District Judge