**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID C. ARMSTRONG, as Trustee of The R.J. Armstrong Living Trust, and DAVID C. ARMSTRONG, an individual,

Plaintiffs

v.

SUSAN HELEN ARMSTRONG HOLMES,

Defendant

SUSAN HELEN ARMSTRONG HOLMES,

Counterclaimant

v.

DAVID C. ARMSTRONG, as Trustee of the R.J. ARMSTRONG LIVING TRUST, and DAVID C. ARMSTRONG, an individual,

Counterdefendants

Case No.: 3:22-cv-00375-ART-CSD

**Order**

Re: ECF No. 181

The court has received non-party The Galley LLC's emergency motion to quash or modify the subpoena directed to non-party CAV Somersett. (ECF No. 181.) The court **TEMPORARILY STAYS** production by CAV Somersett in response to the subpoena pending resolution of The Galley LLC's motion. The court will address the motion after it has been fully briefed, but will not require briefing on shortened time. **IT IS SO ORDERED**.

Dated: October 15, 2026

Craig S. Denney
United States Magistrate Judge